**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Worry Free Property Management, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0650425 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 484 Province Road Laconia, NH 03246 | PO Box 458 Laconia, NH 03247 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Belknap | **Location of principal assets, if different from principal place of business** |
| County | 484 Province Road Laconia, NH 03246 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __Worry Free Property Management, Inc._____  Case number (*if known*) _____
　　　　　Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

Debtor    Worry Free Property Management, Inc.            Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Worry Free Property Management, Inc.            Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 23, 2017
           MM / DD / YYYY

**X** /s/ Pauline Doucette                        Pauline Doucette
Signature of authorized representative of debtor          Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Sandra A. Kuhn, Esq            Date June 23, 2017
Signature of attorney for debtor                   MM / DD / YYYY

Sandra A. Kuhn, Esq
Printed name

Family Legal Services, P.C.
Firm name

141 Airport Rd
Concord, NH 03301
Number, Street, City, State & ZIP Code

Contact phone   603-225-1114      Email address _____

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Worry Free Property Management, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW HAMPSHIRE___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other _____ | $63,430.37 |
   | For prior year: From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $691,260.00 |
   | For year before that: From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $1,457,829.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Worry Free Property Management, Inc.                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Snap Finance, LLC<br>PO Box 26561<br>Salt Lake City, UT 84126 | Paid $5450.00 within the last 3 months | $5,450.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.2. Internal Revenue ACS<br>PO Box 57<br>Bensalem, PA 19020 | Paid $2021.54 in April | $2,021.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Taxes__ |
| 3.3. Franklin Savings Bank<br>387 Central Street<br>Franklin, NH 03235 | 3/21/2017 - $828.63<br>5/31/2017 - $828.63<br>6/20/2017 - $1756.68 | $3,413.94 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.4. Pauline Doucette<br>PO Box 458<br>Laconia, NH 03247 | Paid $3186.44 | $3,186.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.5. Martin Ward<br>156 Lake Street<br>Laconia, NH 03246 | 3/24/2017 - $600.89<br>3/31/2017 - $600.88<br>4/6/2017 - $600.88<br>4/21/2017 - $600.00<br>4/14/2017 - $600.00 | $3,002.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.6. Wells Fargo Vendor Financial Services, LLC<br>PO Box 41564<br>Philadelphia, PA 19101-1565 | 3/29/2017 - $933.00 | $933.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.7. Melcher & Prescott Agency for Zurich Insurance company | 03/30/2017 | $3,113.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Insurance__ |

Debtor  Worry Free Property Management, Inc.                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. Barroff and Craven<br>740 Chestnut Street<br>Manchester, NH 03104 | 04/06/2017<br>- $1139.50 | $1,139.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.9. Charlton Drywall<br>PO Box 631<br>Belmont, NH 03220 | 4/6/2017 -<br>$1724.00 | $1,724.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.10. Granite State Glass<br>181 West Main Street<br>North Conway, NH 03860 | 4/6/2017 -<br>$1679.33 | $1,679.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.11. Route 107 Industrial Park<br>PO Box 1345<br>Laconia, NH 03247 | 4/6/2017 -<br>$1300.00 | $1,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.12. Wax Inc. | 4/6/2017 -<br>$748.99 | $748.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.13. Leighton Painting<br>58 Washington Street<br>Laconia, NH 03246 | 4/17/2017<br>- $1575.00 | $1,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.14. Tim Leblanc | 6/23/2017<br>- $698.42 | $698.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |

Debtor    Worry Free Property Management, Inc.                        Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Tim Doucette<br>140 Lamprey Road<br>Belmont, NH 03220 | 2016 | $42,561.64 | Wages for president's husband |
| 4.2. Pauline Doucette<br>PO Box 458<br>Laconia, NH 03247<br>President | 2017 -<br>about<br>$7976.57 | $7,976.57 | Services |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Franklin Savings Bank<br>387 Central Street<br>Franklin, NH 03235 | Took $1,756.68 out of business account for money owed to the bank<br>Last 4 digits of account number: _____ | 6/20/2017 | $12,570.00 |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Worry Free Property Management Inc. v. Richard Pike | Collection | 4th Circuit - District Division -Laconia<br>26 Academy Street<br>Laconia, NH 03247-3639 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Heather Powers v. Worry Free Property Management, Inc. | Performance issues | 4th Circuit - District Division -Laconia<br>26 Academy Street<br>Laconia, NH 03247-3639 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   Worry Free Property Management, Inc.                          Case number *(if known)* _____

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Family Legal Services, P.C. <br> 141 Airport Rd <br> Concord, NH 03301 | $1,000.00 total paid which includes filing fee | 6/5/2017 | $1,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor  Worry Free Property Management, Inc.        Case number *(if known)* _____

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | Cupples Car Company<br>127 Daniel Webster<br>Highway<br>Belmont, NH 03220 | Sold 2010 Toyota Rav 4 for<br>$5,265.00 | 9/19/2016 | $5,265.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.2 | Henry Matala<br>3023 Lillian Road<br>Schenectady, NY 12303 | Sold 2013 Volkswagon Jetta for<br>$8,000.00 | 6/14/2016 | $8,000.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.3 | James Carney<br>21 Pine Street<br>Fremont, NH 03044 | Sold 2010 Ford F150 for $8900.00 | 3/17/2016 | $8,900.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.4 | Door Up/Robert Degroot<br>249 Bunker Hill Road<br>Auburn, NH 03032 | Sold 2008 Chevrolet HHR for<br>$250.00 | 2/15/2016 | $2,500.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.5 | Matt Rockwell<br>83 Pine Street<br>Laconia, NH 03246 | Sold 2007 Ford F150 for $4200.00 | 8/8/2016 | $4,200.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.6 | Cupples Car Company<br>127 DW Highway<br>Belmont, NH 03220 | Sold 2003 Yukon Denali for<br>$4612.00 | 8/1/2016 | $4,612.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.7 | William Munson<br>2308 Hardscrabble Road<br>Bristol, VT 05443 | Sold 2008 Toyota Tundra for<br>$7500.00 | 2/16/2016 | $7,500.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.8 | Erin Malloy<br>176 Durrell Mountain<br>Road<br>Belmont, NH 03220 | Sold Utility Trailer for<br>$1,000.00 | 11/25/2015 | $1,000.00 |
| | **Relationship to debtor**<br>None | | | |

Debtor    Worry Free Property Management, Inc.                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.9<br>. | Shawn Cate<br>300 Whittier Highway<br>Moultonborough, NH<br>03254 | Sold snowblower for $500.00 | 10/28/2015 | $500.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>0. | Erin Malloy<br>176 Durrell Mountain<br>Road<br>Belmont, NH 03220 | Sold 2007 Ford Ranger for<br>$2200.00 | 11/25/2015 | $2,200.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>1. | Reilable Lawn Care<br>169 Sheridan Street<br>Laconia, NH 03246 | Sold Walker Rider Mower for<br>$2500.00 | 11/12/2015 | $2,500.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>2. | Jethendranath Chalasani<br>12725 W 138th Street<br>Overland Park, KS 66221 | Sold 2006 Toyota Tacoma for<br>$7000.00 | 5/30/2017 | $7,000.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>3. | Kevin Lacasse<br>8 Wethering Heights<br>Gilford, NH 03249 | traded 2006 Chevy Express for<br>money owed of $2375 | 4/10/2017 | $2,375.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>4. | Traci Mahoney-Barker<br>168 Pine Street<br>Laconia, NH 03246 | Traded 2008 Nissan Quest in<br>exchange for labor | 2/28/2017 | $3,000.00 |
| | **Relationship to debtor**<br>None | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 423 South Main Street<br>Laconia, NH 03246 | 6/2012-7/2016 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Debtor   Worry Free Property Management, Inc.                          Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Franklin Savings Bank<br>387 Central Street<br>Franklin, NH 03235 | **XXXX-**1763 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 5/2017 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    Worry Free Property Management, Inc.    Case number *(if known)* _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor   Worry Free Property Management, Inc.                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   Pauline Doucette<br>PO Box 458<br>Laconia, NH 03247 | property maintenance and restoration | **Dates business existed**<br>**EIN:**<br><br>**From-To**   8/1/2009-6/23/2017 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Goulet Salvedio & Associates<br>324 Grove Street<br>Worcester, MA 01605 | Preparation of tax returns only, since inceptionof business; Mrs. Doucette is the only bookeeper |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Pauline Doucette<br>PO Box 458<br>Laconia, NH 03247 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pauline Doucette | PO Box 458<br>Laconia, NH 03247 | president | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Worry Free Property Management, Inc. _____    Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | payback of equity loan - money still owed is $61,176.32 ; Plus wages of approx. $7976.57 during the year of 2017 |
| | Pauline Doucette<br>PO Box 458<br>Laconia, NH 03247 | Paid $635.00 per month towards equity loan taken for benefit of the business | 2016-2017 | |
| | **Relationship to debtor**<br>Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Worry Free Property Management, Inc.                    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 23, 2017___

/s/ Pauline Doucette                              Pauline Doucette
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name   Worry Free Property Management, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Business checking account with Franklin Savings Bank | Checking account | 2365 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                          $0.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | Money owed by Gilford True Value | $0.02 |
|---|---|---|

| 8.2. | Money owed by Northeast Delta Dental | $48.48 |
|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Worry Free Property Management, Inc.                    Case number *(If known)* _____
          Name

9.    **Total of Part 2.**                                                      | $48.50 |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          10,000.00        -              0.00   = ....            $10,000.00
                                    face amount                 doubtful or uncollectible accounts

      11b. Over 90 days old:             15,419.27        -         15,419.27   =....                  $0.00
                                    face amount                 doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                     | $10,000.00 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Computers | Unknown | Liquidation | $2,000.00 |
| office furniture | Unknown | Liquidation | $400.00 |

Debtor   Worry Free Property Management, Inc.                         Case number *(If known)* _____
Name

| 40. | **Office fixtures** | | | |
| | Telephone system | Unknown | Liquidation | $1,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $3,400.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2001 Boxtruck with extraction unit & 2011 Chevy 3500 Diesel | Unknown | Liquidation | $42,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| --- | --- | --- | --- |
| 12 Industrial Dehumidifiers | Unknown | Liquidation | $12,000.00 |
| Industrial Fans | $1,900.00 | Liquidation | $1,900.00 |
| Industrial Turbofans | $1,400.00 | Liquidation | $1,400.00 |
| Forced hot air furnace (one gas and one oil) | Unknown | Liquidation | $4,000.00 |

| 51. | **Total of Part 8.** | | | $61,300.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Worry Free Property Management, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor  Worry Free Property Management, Inc.     Case number *(if known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $61,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $74,748.50 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $74,748.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Worry Free Property Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Franklin Savings Bank<br>Creditor's Name<br><br>387 Central Street<br>Franklin, NH 03235<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>2001 Boxtruck with extraction unit & 2011 Chevy 3500 Diesel<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $12,645.02 | $42,000.00 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $12,645.02

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Worry Free Property Management, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue
ACS
PO Box 57
Bensalem, PA 19020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Income taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | $29,000.00 |
|---|---|---|

Chase
P.O. Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** ___
**Last 4 digits of account number** _5136_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _credit card purchases_

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $6,562.12 |
|---|---|---|

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Date(s) debt was incurred** ___
**Last 4 digits of account number** _3515_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _For money owed_

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     35112     Best Case Bankruptcy

Debtor   Worry Free Property Management, Inc.                    Case number (if known) _____

     Name

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $821.11 |
|---|---|---|---|

3.3 — David Kimball Jr. Construction
255 Dockham Shore Road
Gilford, NH 03249

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor debt

Is the claim subject to offset? ☑ No ☐ Yes

---

3.4 — Eversource
PO Box 650047
Dallas, TX 75265-0047   — $71.99

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor debt

Is the claim subject to offset? ☑ No ☐ Yes

---

3.5 — Gilford True Value
64 Gilford E Drive
Gilford, NH 03249   — Unknown

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendor debt

Is the claim subject to offset? ☑ No ☐ Yes

---

3.6 — Heather Powers
c/o Gregory Silverman, Esq.
Preti Flaherty
PO Box 1138
Concord, NH 03302-1318   — Unknown

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lawsuit related

Is the claim subject to offset? ☑ No ☐ Yes

---

3.7 — Home Depot
8785 W Sahara Avuenue
Las Vegas, NV 89117   — $1,363.45

**Date(s) debt was incurred** ___
**Last 4 digits of account number**  2040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  credit card purchases

Is the claim subject to offset? ☑ No ☐ Yes

---

3.8 — Lowes
PO Box 103065
Roswell, GA 30076   — $4,000.00

**Date(s) debt was incurred** ___
**Last 4 digits of account number**  6928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  credit card purchases

Is the claim subject to offset? ☑ No ☐ Yes

---

3.9 — Northeast Delta Dental
Attn: Collection Dept.
PO Box 9566
Manchester, NH 03108   — Unknown

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for money owed

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         

Debtor    Worry Free Property Management, Inc.                          Case number (if known) _____
         Name

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61,176.32 |

Pauline and Tim Doucette
PO Box 458
Laconia, NH 03247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For money owed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,914.97 |

Property Damage Specialist, LLC
PO Box 713
Laconia, NH 03247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For services

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68,878.00 |

Snap Advances, LLC
497 Rockaway Avenue #1
Valley Stream, NY 11581

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For money owed

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,174.29 |

True Value Training and Consulting
PO Box 713
Laconia, NH 03247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For money owed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,500.00 |

US Bank
Card Member Services
P.O. Box 6339
Fargo, ND 58125

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** 6792

**Basis for the claim:** credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $280.99 |

Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For money owed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,459.92 |

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051-5493

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Worry Free Property Management, Inc.                    Case number (if known) _____
         Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,997.55 |

Wells Fargo Vendor
Financial Services, LLC
PO Box 41564
Philadelphia, PA 19101-1565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  credit purchases
Ricoh USA account

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Chase<br>P.O. Box 15299<br>Wilmington, DE 19850 | Line  3.1<br><br>☐ Not listed. Explain _____ | ___ |
| 4.2 | Chase<br>Po Box 1423<br>Charlotte, NC 28201-1423 | Line  3.1<br><br>☐ Not listed. Explain _____ | ___ |
| 4.3 | Chase<br>P.O. Box 15049<br>Wilmington, DE 19850 | Line  3.1<br><br>☐ Not listed. Explain _____ | ___ |
| 4.4 | Citizens Bank<br>PO Box 9665<br>Providence, RI 02940-9665 | Line  3.2<br><br>☐ Not listed. Explain _____ | ___ |
| 4.5 | Eversource<br>PO Box 330<br>Manchester, NH 03105-0330 | Line  3.4<br><br>☐ Not listed. Explain _____ | ___ |
| 4.6 | Eversource<br>PO Box 660369<br>Dallas, TX 75266 | Line  3.4<br><br>☐ Not listed. Explain _____ | ___ |
| 4.7 | Heather Powers<br>2 Black Hill Road<br>Franklin, NH 03235 | Line  3.6<br><br>☐ Not listed. Explain _____ | ___ |
| 4.8 | Home Depot<br>PO Box 653001<br>Dallas, TX 75265-3001 | Line  3.7<br><br>☐ Not listed. Explain _____ | ___ |
| 4.9 | Home Depot<br>Po Box 790345<br>Saint Louis, MO 63179 | Line  3.7<br><br>☐ Not listed. Explain _____ | ___ |
| 4.10 | Home Depot<br>PO Box 9001030<br>Louisville, KY 40290-1030 | Line  3.7<br><br>☐ Not listed. Explain _____ | ___ |

---

Debtor    Worry Free Property Management, Inc.
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.11** Home Depot<br>PO Box 9001030<br>Louisville, KY 40290-1030 | Line  3.7<br><br>☐ Not listed. Explain _____ | ___ |
| **4.12** Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line  2.1<br><br>☐ Not listed. Explain _____ | ___ |
| **4.13** Lowes Business Acct<br>PO Box 530870<br>Atlanta, GA 30353-0970 | Line  3.8<br><br>☐ Not listed. Explain _____ | ___ |
| **4.14** Property Damage Specialists, LLC<br>PO Box 713<br>Laconia, NH 03247 | Line  3.11<br><br>☐ Not listed. Explain _____ | ___ |
| **4.15** Snap Finance, LLC<br>PO Box 26561<br>Salt Lake City, UT 84126 | Line  3.12<br><br>☐ Not listed. Explain _____ | ___ |
| **4.16** Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-6004 | Line  3.8<br><br>☐ Not listed. Explain _____ | ___ |
| **4.17** Synchrony Bank<br>PO Box 965060<br>Orlando, FL 32896-5060 | Line  3.8<br><br>☐ Not listed. Explain _____ | ___ |
| **4.18** Synchrony Bank<br>PO Box 965005<br>Orlando, FL 32896-5005 | Line  3.8<br><br>☐ Not listed. Explain _____ | ___ |
| **4.19** US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Line  3.14<br><br>☐ Not listed. Explain _____ | ___ |
| **4.20** Verizon Wireless<br>P.O. Box 5029<br>Wallingford, CT 06492-7529 | Line  3.15<br><br>☐ Not listed. Explain _____ | ___ |
| **4.21** Wells Fargo<br>PO Box 29482<br>Johnson Creek, WI 53038-8650 | Line  3.17<br><br>☐ Not listed. Explain _____ | ___ |
| **4.22** Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | Line  3.17<br><br>☐ Not listed. Explain _____ | ___ |
| **4.23** Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | Line  3.16<br><br>☐ Not listed. Explain _____ | ___ |

| Debtor | Worry Free Property Management, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.24 | WF Business Direct<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | Line  3.16<br><br>☐ Not listed. Explain _____ | ___ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 257,200.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 258,700.71 |

**Fill in this information to identify the case:**

Debtor name      Worry Free Property Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ **No.** Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Worry Free Property Management, Inc._

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Pauline Doucette | PO Box 458 Laconia, NH 03247 | Citizens Bank | ☐ D _____ <br> ■ <br> E/F ___3.2___ <br> ☐ G _____ |
| 2.2 Pauline Doucette | PO Box 458 Laconia, NH 03247 | Wells Fargo Vendor | ☐ D _____ <br> ■ <br> E/F ___3.17___ <br> ☐ G _____ |
| 2.3 Pauline Doucette | PO Box 458 Laconia, NH 03247 | Snap Advances, LLC | ☐ D _____ <br> ■ <br> E/F ___3.12___ <br> ☐ G _____ |
| 2.4 Pauline Doucette | PO Box 458 Laconia, NH 03247 | US Bank | ☐ D _____ <br> ■ <br> E/F ___3.14___ <br> ☐ G _____ |

Debtor    Worry Free Property Management, Inc.              Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.5    Tim Doucette        Po Box 458              Chase              ☐ D  _____
                           Laconia, NH 03247                          ■
                                                                      E/F _____3.1_____
                                                                      ☐ G  _____

**Fill in this information to identify the case:**

Debtor name    Worry Free Property Management, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 23, 2017     **X** /s/ Pauline Doucette
                                 Signature of individual signing on behalf of debtor

                                   Pauline Doucette
                                   Printed name

                                   President
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Worry Free Property Management, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW HAMPSHIRE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $           0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $     74,748.50

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................... $     74,748.50

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     12,645.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     1,500.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    257,200.71

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b

   $    271,345.73

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re    Worry Free Property Management, Inc.            Case No. _____
                                      Debtor(s)                  Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | 665.00 |
| Prior to the filing of this statement I have received | $ | 665.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Preparation of plan, investigation of claim. Representation of the debtors in any dischargeability actions ($150 per hour), judicial lien avoidances, ($375) relief from stay actions ($300) adversary proceeding ($150 per hour), Student Loan dischargeability actions ($150 per hour), Reaffirmation Agreements ($50) Reaffirmation Agreement Hearings ($100), Missed 341 Meetings ($125), Amendment to Schedules ($50), Hearings on Amendments, Hearings on Exemptions ($150 per hour)

   For Chapter 13 cases - in addition, Hearings on Motions to Dismiss, failure to provide tax returns, modification of confirmed plan and motions to convert

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 23, 2017 | /s/ Sandra A. Kuhn, Esq |
| *Date* | Sandra A. Kuhn, Esq |
| | *Signature of Attorney* |
| | Family Legal Services, P.C. |
| | 141 Airport Rd |
| | Concord, NH 03301 |
| | 603-225-1114 Fax: 603-225-9993 |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of New Hampshire**

In re  Worry Free Property Management, Inc.
                                                  Debtor(s)

Case No.

Chapter     7

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of _____4_____ pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:  June 23, 2017

/s/ Pauline Doucette

Debtor Signature

Pauline Doucette

Print Name

Address   484 Province Road

Laconia NH 03246-0000

Tel. No.

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
P.O. Box 15299
Wilmington, DE 19850

Chase
P.O. Box 15049
Wilmington, DE 19850

Chase
Po Box 1423
Charlotte, NC 28201-1423

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Citizens Bank
PO Box 9665
Providence, RI 02940-9665

David Kimball Jr. Construction
255 Dockham Shore Road
Gilford, NH 03249

Eversource
PO Box 650047
Dallas, TX 75265-0047

Eversource
PO Box 330
Manchester, NH 03105-0330

Eversource
PO Box 660369
Dallas, TX 75266

Franklin Savings Bank
387 Central Street
Franklin, NH 03235

Gilford True Value
64 Gilford E Drive
Gilford, NH 03249

Heather Powers
c/o Gregory Silverman, Esq.
Preti Flaherty
PO Box 1138
Concord, NH 03302-1318

Heather Powers
2 Black Hill Road
Franklin, NH 03235

Home Depot
8785 W Sahara Avuenue
Las Vegas, NV 89117

Home Depot
PO Box 653001
Dallas, TX 75265-3001

Home Depot
PO Box 9001030
Louisville, KY 40290-1030

Home Depot
Po Box 790345
Saint Louis, MO 63179

Internal Revenue
ACS
PO Box 57
Bensalem, PA 19020

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lowes
PO Box 103065
Roswell, GA 30076

Lowes Business Acct
PO Box 530870
Atlanta, GA 30353-0970

Northeast Delta Dental
Attn: Collection Dept.
PO Box 9566
Manchester, NH 03108

Pauline and Tim Doucette
PO Box 458
Laconia, NH 03247

Pauline Doucette
PO Box 458
Laconia, NH 03247

Property Damage Specialist, LLC
PO Box 713
Laconia, NH 03247

Property Damage Specialists, LLC
PO Box 713
Laconia, NH 03247

Snap Advances, LLC
497 Rockaway Avenue #1
Valley Stream, NY 11581

Snap Finance, LLC
PO Box 26561
Salt Lake City, UT 84126

Synchrony Bank
PO Box 965004
Orlando, FL 32896-6004

Synchrony Bank
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank
PO Box 965060
Orlando, FL 32896-5060

Tim Doucette
Po Box 458
Laconia, NH 03247

True Value Training and Consulting
PO Box 713
Laconia, NH 03247

US Bank
Card Member Services
P.O. Box 6339
Fargo, ND 58125

US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489

Verizon Wireless
P.O. Box 5029
Wallingford, CT 06492-7529

Wells Fargo
PO Box 29482
Johnson Creek, WI 53038-8650

```
Wells Fargo
PO Box 51174
Los Angeles, CA 90051-5474

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051-5493

Wells Fargo Vendor
Financial Services, LLC
PO Box 41564
Philadelphia, PA 19101-1565

WF Business Direct
PO Box 29482
Phoenix, AZ 85038-8650
```